UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 26-mj-00004 (DJF)

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                            **ORDER OF DETENTION**

JODECI JAZMIN HOLMES,

Defendant.

Defendant Jodeci Jazmin Holmes was arrested in this District on a revocation of supervision (originating out of the Northern District of Iowa, case number 23-cr-03008-LTS) and detention hearing.

This matter came before the Court on January 13, 2026, for a hearing on bond revocation and the government's motion for detention pursuant to 18 U.S.C. § 3148(b). (Doc. 1.) Defendant Holmes was represented at the hearing by Assistant Federal Defender Siri Carlson McDowell. The United States was represented by Special Assistant United States Attorney Jeanne D. Semivan.

Defendant Holmes waived a preliminary hearing. Before the Court was the pretrial services report dated January 8, 2026. For the reasons set forth below, the Court orders Defendant Holmes detained pending revocation proceedings in the Northern District of Iowa.

FINDINGS OF FACT AND CONCLUSIONS OF LAW

1.      The Court finds that Defendant Holmes is unlikely to abide by any condition or combination of conditions of release, 18 U.S.C § 3148(b)(2)(B).

2.      The Court finds that no condition or combination of conditions will reasonably assure the safety of any other person and the community. The Court's finding is based primarily on the nature and circumstances of the alleged violations of conditions of supervision, 18 U.S.C. § 3142(g)(1); and the nature and seriousness of the danger to any person or the community, § 3142(g)(4). Specifically, the Court finds that the violation of conditions of supervision involved conduct in which Defendant Holmes brandished a kitchen knife and a gun at another individual. Defendant Holmes has pled guilty to state charges of second degree assault stemming from this conduct.

3.      Based on these findings, the Court concludes that Defendant Holmes shall be detained pending revocation proceedings in the Northern District of Iowa.

CONCLUSION

Accordingly, IT IS HEREBY ORDERED that:

1.      Defendant Holmes be detained pending revocation proceedings in this matter.

2.      Defendant Holmes is committed to the custody of the United States Marshals for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

3.      Defendant Holmes shall be afforded reasonable opportunity to consult privately with counsel; and

2

4.      Upon Order of the Court or request by the United States Attorney, the person in charge of the corrections facility in which Defendant Holmes is confined shall deliver her to the U.S. Marshal for the purpose of appearance in connection with a court proceeding.

Dated: February 2, 2026                    *s/Douglas L. Micko*
                                           Douglas L. Micko
                                           United States Magistrate Judge